**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1809**

In re: BILLY TODD WATKINS,

                    Petitioner.

On Petition for Writ of Mandamus.
(No. 1:09-cv-00451-UA-LPA)

Submitted:  September 28, 2010        Decided:  October 1, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Billy Todd Watkins, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Todd Watkins petitions for a writ of mandamus seeking an order compelling the state court to vacate the judgment entered upon Watkins' guilty plea. We conclude that Watkins is not entitled to mandamus relief.

This court does not have jurisdiction to grant mandamus relief against state officials, <u>Gurley v. Superior Court of Mecklenburg County</u>, 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders, <u>District of Columbia Court of Appeals v. Feldman</u>, 460 U.S. 462, 482 (1983).[*]

The relief sought by Watkins is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

---

[*] Although Watkins has a case pending in the district court, in his petition, he does not seek mandamus relief against the district court judge or the federal magistrate judge.